[Nos. 7639–3–III; 8060–9–III.   Division Three.   June 30, 1987.]

*In the Matter of the Estate of*
MARY O. CORNELL.

MARY O. CORNELL, ET AL, *Appellants,* v. VIRGINIA
MACISAAC, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Walla

Walla County, No. 85–4–00181–6, Yancey Reser, J., entered January 23, 1986. *Reversed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.